UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ROGER STEWART, #79447, | ) | |
| Plaintiff, | ) ) | 2:10-CV-01894-PMP-GWF |
| vs. | ) ) | **ORDER** |
| HOWARD SKOLNIK, *et al.*, | ) ) | |
| Defendants. | ) ) | |

Before the Court is Defendants' Motion to Dismiss (Doc. #7) filed February 3, 2011. Although the Court has extended Plaintiff's deadline to respond to Defendants' motion, Plaintiff has failed to do so and therefore consents to the granting of Defendants' motion. Moreover, a review of Defendants' Motion to Dismiss shows that Defendants are entitled to the relief requested because Plaintiff has failed to exhaust his available administrative remedies.

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss (Doc. #7) is GRANTED and that judgment is hereby entered in favor of Defendants and against Plaintiff.

DATED: March 23, 2011.

_____
PHILIP M. PRO
United States District Judge